UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN H. TROUT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cv-1744-DFH-TAB |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

ENTRY ON PENDING MATTERS

Curtis Wade has filed a motion on behalf of plaintiff John H. Trout seeking a default judgment for Social Security disability benefits dating from 1957 until Mr. Trout's 65th birthday in 1992.  The court's docket shows no default.  The Commissioner filed a timely answer and later filed a timely brief on May 14, 2007.  The  Commissioner's response shows that he has mailed a second copy of his brief to plaintiff on June 12, 2007.  The court will grant plaintiff until **July 3, 2007** to file any reply brief.  Plaintiff's motion for a default judgment is denied.

It appears that Mr. Wade is Mr. Trout's nephew, and he does not appear to be an attorney.  He acted as a representative for Mr. Trout in proceedings before the Commissioner, where a representative need not be an attorney.  Mr. Wade shall file with the court **no later than July 3, 2007** any relevant documentation showing his authority to act on behalf of Mr. Trout in this litigation.

So ordered.

Date: June 15, 2007

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

JOHN H. TROUT
402 East Elm
P.O. Box 545
Gaston, IN 47342